# UNITED STATES DISTRICT COURT

## Northern District of California

HECTOR SANCHEZ

        Plaintiff(s),          No. C 10-00006 MEJ

   v.

CITI MORTGAGE INC

        Defendant(s).

_____/

**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

On February 11, 2010, Defendant electronically filed two motions and related documents. (Dkt. ##5-9.) However, Defendant has failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents.

    **IT IS SO ORDERED.**

Dated: February 17, 2010

                                            Maria-Elena James
                                            Chief United States Magistrate Judge