IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HECTOR SANCHEZ, | No. C 10-00006 RS |
| Plaintiff, | **ORDER RE-SCHEDULING MOTION HEARING** |
| v. | |
| CITI MORTGAGE, INC.; BANK OF AMERICA, f/k/a COUNTRYWIDE HOME LOANS; FIRST MAGNUS FINANCIAL CORPORATION; HOME MORTGAGE CORPORATION; GARY MCDONALD; and DOES 1-20, inclusive, | |
| Defendants. | |

Defendant Citi Mortgage, Inc.'s motions to dismiss and to strike, docket entries [5] and [6] in the above-captioned case, will be heard on **April 15, 2010, at 1:30 p.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties should adhere to the briefing schedule set forth in Civil Local Rule 7-3.

IT IS SO ORDERED.

Dated: 03/15/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-00006
ORDER