*E-Filed 03/29/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HECTOR SANCHEZ, | No. C 10-00006 RS |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CITI MORTGAGE, INC.; BANK OF AMERICA, f/k/a COUNTRYWIDE HOME LOANS; FIRST MAGNUS FINANCIAL CORPORATION; HOME MORTGAGE CORPORATION; GARY MCDONALD; and DOES 1-20, inclusive, | |
| Defendants. | |

Plaintiff Hector Sanchez filed a complaint in this Court on January 4, 2010. Defendant Citi Mortgage, Inc. ("CMI") has moved to dismiss the complaint's second, third, fourth, sixth, and seventh claims, and also to strike portions of the complaint. These motions are scheduled to be heard in this Court on April 15, 2010.

On March 26, 2010, Sanchez filed a statement of non-opposition, indicating that he does not oppose the motion to dismiss insofar as it pertains to his fourth claim, which arises under the Real Estate Settlement Procedures Act, 12 U.S.C. § 2605 *et seq.* He requests that this claim be

No. C 10-00006 RS
ORDER

dismissed, along with his first claim, which arises under the Truth in Lending Act, 15 U.S.C. § 1601 *et seq*. His statement of non-opposition further acknowledges that, once the TILA and RESPA claims are no longer part of the complaint, "there is no proper basis for federal jurisdiction over the remaining issues." Separately, also on March 26, 2010, Sanchez filed a pleading entitled "Motion for Leave to File First Amended Complaint," which stated that "Plaintiff . . . requests an Order of Dismissal, *Without Prejudice*, of all claims as to all Defendants."[1]

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." The rule further states, "Unless the notice . . . states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). Here, Sanchez has represented that there is no federal jurisdiction over his case and requests dismissal without prejudice. As the case meets the requirements of Rule 41(a), such dismissal is appropriate. The case is therefore dismissed without prejudice in its entirety. The Clerk shall take the pending motions off calendar and close the case.

IT IS SO ORDERED.

Dated: 03/29/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

---

[1] The pleading requests, in the alternative, leave to file a First Amended Complaint ("FAC"). As the Court is granting the motion to dismiss, the alternative request will not be addressed.